IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAI CHEUNG, et al., | No. C -14-03670 EDL |
|     Plaintiffs, | **ORDER** |
| v. | |
| PNC MORTGAGE, | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court, with the agreement of counsel for the parties, hereby continues the case management conference from November 18, 2014 to December 16, 2014 at 10:00 a.m. The parties shall file an updated joint case management statement no later than December 9, 2014.

**IT IS SO ORDERED.**

Dated: November 14, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge