1  Peter J. Van Zandt (SBN 152321)
   Peter.vanzandt@leclairryan.com
2  Lindsey S. Libed (SBN 278903)
   Lindsey.libed@leclairryan.com
3  LECLAIRRYAN, LLP
   44 Montgomery Street, 18th Fl.
4  San Francisco, CA 94104

5  Attorneys for Defendant
   PNC MORTGAGE, a division of PNC BANK, N.A.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| WAI CHEUNG & YIN WONG,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PNC MORTGAGE,<br><br>　　　　Defendant. | **Case No.: 3:14-cv-03670-EDL**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE: 12/16/14<br>TIME: 10 a.m.<br>PLACE: Courtroom E, 15th Floor<br>JUDGE: Hon. Elizabeth D. LaPorte<br><br>*Complaint Filed:  June 27 2014*<br>*FAC Filed: November 14, 2014*<br>***Trial Date:  not set yet*** |

　　　　Plaintiffs WAI CHEUNG and YIN WONG and Defendant PNC BANK, N.A. (hereinafter collectively referred to as the "Parties") stipulate and request that the Case Management Conference in this case, scheduled to be held on December 16, 2014, be continued to a date convenient to the Court and approximately three weeks after this Court's ruling on the pending Motion to Dismiss the Plaintiffs' First Amended Complaint ("FAC"), which is scheduled to be heard on January 13, 2015.  There is good cause for this continuance:

　　1. Defendant's Motion to Dismiss Plaintiffs' FAC will be heard on January 13, 2015. That
　　　 Motion raises a number of issues that may affect all or some of the claims asserted in this

case.

2. The contours and course of this case may be influenced by the ruling on the aforementioned Motion to Dismiss the FAC. Accordingly, a continuance of the December 16, 2014 Case Management Conference will permit the parties and the Court to focus on preparation for that conference on the case as it exists after the ruling on the Motion to Dismiss the FAC.

3. Finally, the parties have not previously requested continuance and/or filed a Stipulation to Continue a Case Management Conference.

DATED:   December 10, 2014                LECLAIRRYAN, LLP


                                          By:   /s/ Lindsey S. Libed
                                                Peter J. Van Zandt
                                                Lindsey S. Libed
                                                Attorneys for Defendant
                                                PNC BANK, N.A.


DATED:   December 10, 2014                TRN LAW ASSOCIATES


                                          By:   /s/ Tiffany R. Norman
                                                Tiffany R. Norman
                                                Attorney for Plaintiffs
                                                WAI CHEUNG & YIN WONG

1  AMENDED  ORDER

2  IT IS SO ORDERED the Case Management Conference in this case, scheduled to be held

3  on December 16, 2014, is continued to  February 10, 2015  at  10:00  a.m./~~p.m.~~ in

4  Courtroom E.  The parties are to file their Joint Case Management Statement on

5   February ~~10~~ 3 , 2015.

8  Dated: 12/15/2014

_____
Hon. Elizabeth D. LaPorte