UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAI CHEUNG, et al.,

    Plaintiffs,

v.

PNC MORTGAGE,

    Defendant.

Case No. 14-cv-03670-EDL

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 37

On June 27, 2014, Plaintiffs filed this action in the Superior Court of California. Defendant removed this action to this Court on August 13, 2014. On October 14, 2014, this Court dismissed the original complaint after Plaintiffs failed to respond to Defendant's motion to dismiss. On February 23, 2015, this Court dismissed the amended complaint and set a March, 4 2015 deadline for Plaintiffs to file a second amended complaint. On March 10, 2015, after no seconded amended complaint was filed, Defendant filed this motion to dismiss. Plaintiffs state that they do not oppose this motion and that they do not intend to file a second amended complaint. Therefore, Defendant's motion is GRANTED and this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2015

                                                  _____
                                                  Elizabeth D. Laporte
                                                  United States Magistrate Judge